IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TOM BOWMAN, | ) |
|     Petitioner, | ) ) ) |
| v. | ) ) ) | 
| UNITED STATES OF AMERICA, | ) ) |
|     Respondent. | ) ) |

CIVIL ACTION NO.
2:18-CV-866-WHA
(WO)

**OPINION AND ORDER**

This lawsuit is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1631. (Doc. # 9.) There are no objections to the recommendation. After an independent and *de novo* review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. # 9) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1631.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE this 27th day of November, 2018.

                        /s/ W. Harold Albritton
                SENIOR UNITED STATES DISTRICT JUDGE